**WARNING: AT LEAST ONE DOCUMENT COULD NOT BE INCLUDED!**
**You were not billed for these documents.**
**Please see below.**

| Document Number | Document Description | Pages | Document Error |
|---|---|---|---|
| Document 1 attachment | Attachment | 15 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |
| Document 1 attachment | Attachment | 2 | **DOCUMENT COULD NOT BE RETRIEVED! However, it may still be viewable individually.** |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | * |
| **Plaintiff,** | * |
| **v.** | * **Civil Action Number: 19-1128** |
| | * |
| **MARLIN RODRIGUEZ DAVID** | * |
| | * |
| **Defendant.** | * |

### COMPLAINT

The United States of America brings this action to recover an administrative fine that has become final, and respectfully states the following:

### JURISDICTION AND VENUE

1.     This is a civil action to recover a civil fine assessed by the United States of America, through the United States Customs and Border Protection ("CBP"), Department of Homeland Security, in the amount of NINETY-THREE THOUSAND EIGHT HUNDRED FORTY-NINE and 47/100 DOLLARS ($93,849.47), issued under authority of Section 10 of the Anticounterfeiting Consumer Protection Act, as amended, 19 U.S.C. § 1526(f).

2.     This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1345 and 1355.

3.     Venue is proper pursuant to 28 U.S.C. § 1395 in that the action accrued in this judicial district and the defendant is believed to be a resident and domiciliary of this district.

### THE DEFENDANT

4.     The defendant is Marlin Rodriguez David, a resident of the Municipality of Ponce, Puerto Rico.  Based on information and belief, the defendant resides at Urb. Punta Oro, 3308 Calle La Capitana, in Ponce, Puerto Rico.  The defendant is the resident agent of a retail business located

1

in the Municipality of Ponce and incorporated with the Puerto Rico Department of State as

"Koketa, Inc." **Exhibit A, Emails from the CBP's Tactical Analytical Unit and Print Screen From the Puerto Rico Department of State**.

### FEDERAL STATUTORY AND REGULATORY AUTHORITY

5.     A "trademark" is defined as "any word, name, symbol, or device, or any combination

thereof − (1) used by a person, or (2) which a person has a bonafide intention to use in

commerce and applies to register on the principal register established by this chapter, to identify

and distinguish his or her goods, including a unique product, from those manufactured or sold by

others and to indicate the source of the goods, even if that source is unknown...." 15 U.S.C. §

1127.

6.     The term "mark" includes "any trademark, service mark, collective mark, or certification

mark." 15 U.S.C. § 1127.

7.     A "counterfeit trademark" is a "spurious mark which is identical with, or substantially

indistinguishable from, a registered mark." 15 U.S.C. § 1127.

8.     The Anticounterfeiting Consumer Protection Act (ACPA), Pub.L.104-153, 110 Stat.

1388, signed into law on July 2, 1996, provides protection to registered trademark holders by

directing the seizure and forfeiture of counterfeit trademark merchandise imported into the

United States and the issuance of civil penalties against violating importers. The Act (codified at

at 19 U.S.C. § 1526) provides the following:

> **(a) Importation prohibited**.   Except as provided in subsection (d) of this section
> [addressing a personal use exemption], it shall be unlawful to import into the United States
> any merchandise of a foreign manufacture if such merchandise, or the label, sign, print,
> package, wrapper, or receptacle, bears a trademark owned by a citizen of, or by a
> corporation or association created or organized within, the United States, and registered in
> the Patent and Trademark Office by a person domiciled in the United States... and if a
> copy of the certificate of registration of such trademark is filed with the Secretary of the

Treasury [CBP]... unless written consent of the owner of such trademark is produced at the time of making entry

...

**(e) Merchandise bearing a counterfeit mark; seizure and forfeiture; disposition of seized goods**.  Any such merchandise bearing a counterfeit mark (within the meaning of section 1127 of title 15 [defining "mark" to include a trademark]) imported into the United States in violation of the provisions of section 1124 of title 15, shall be seized and, in the absence of written consent of the trademark owner, forfeited for violations of the customs laws.  Upon seizure of such merchandise, the Secretary shall notify the owner of the trademark, and shall, after forfeiture, destroy the merchandise.

19 U.S.C. § 1526.  See also 19 C.F.R. §§ 133.21-133.26 (regulations implementing statutory seizure and forfeiture provisions).

9.      Civil penalties for the infringement of trademark laws are imposed under 19 U.S.C. § 1526(f):

(1)     Any person who directs, assists financially or otherwise, or aids and abets the importation of merchandise for sale or public distribution that is seized under subsection (c) shall be the subject of a civil fine.

(2)     For the first such seizure, the fine shall not be more than the value that the merchandise would have had if it were genuine, according to the manufacturer's suggested retail price, determined under regulations promulgated by the Secretary.

(3)     For the second seizure and thereafter, the fine shall not be more than twice the value that the merchandise would have had it been determined to be genuine, as determine under the regulations promulgated by the Secretary.

10.     By regulation, the CBP has set the penalty for a first violation at no more than the domestic value of the merchandise as if it had been genuine, based on the Manufacturer's Suggested Retail Price ("MSRP").  Accordingly, any trademark infringement action may be brought in the appropriate United States District Court to enjoin and seek damages against persons engaged in counterfeiting merchandise.  The imposition of a fine is within the discretion of the CBP, and is in addition to any other civil, criminal or other remedy authorized by law.  19 U.S.C. § 1526(f)(4).

**FACTS IN SUPPORT OF THE IMPOSITION OF A CIVIL FINE**

11.     On September 15, 2016, while performing IPR Operation of mail shipments at the DHL

Cargo warehouse at the Luis Muñoz Marín International Airport in Puerto Rico, CBP officers

inspected and detained a DHL package with Airway Bill # 3996083910, for suspicion of

importing counterfeit merchandise.  **Exhibit B, DHL Airway Bill, Commercial Invoice**.  The

DHL package was addressed to the defendant at an address in Ponce, Puerto Rico.  The sender

shipped the package from Hong Kong, China.  Inside the package, a commercial invoice was

found identifying the receiver as the defendant, specifying the contents to be "cheap steel

decorations" with China as the country of origin, and a total declared value of $251.60.

12.     Upon further inspection of the merchandise, CBP discovered a total of 117 Tous sets, 23

Tous rings, 45 Tous charms, 25 Tous neckless, 60 Tous bracelets, 19 Tous pendants, 66 Tous

earrings, 10 Chanel rings, 10 Chanel sets, 10 Minnie Mouse sets and 7 pieces of generic jewelry.

These trademarks are protected by Customs Recordation number TMK 07-01247, TMK 07-

00005, COP 84-00308 and U.S. Patent and Trademark Office (USPTO) Registration Numbers:

2323330, 3133139 and VA-124-730.  **Exhibit C, IPRIS Printout**.

13.     CBP determined the merchandise was counterfeit, due to the low quality of the products,

the commodity declared in the invoice did not match the merchandise, the packaging method,

and the delivery procedures used, which is not common for original merchandise.  **Exhibit D,**

**SEACATS Incident Report and Photo**.  CBP's Import Specialist determined that the MSRP of

all the goods that were counterfeited totaled a value of $93,849.47.  **Exhibit E, Appraisal**.

14.     On November 23, 2016, the CBP Fines, Penalties & Forfeitures Office ("FP&F") issued a

Notice of Seizure to the defendant.  **Exhibit F, Notice of Seizure**.  The Notice of Seizure

described the merchandise as "bearing a counterfeit trademark that is both registered with the

Patent and Trademark Office (PTO) and recorded with Customs and Border Protection. The property contains markings which are substantially indistinguishable from and , therefore, bear a counterfeit design/word/mark as indicated above" and as a result, the merchandise (except the 7 generic pieces of jewelry) was seized and was subject to forfeiture under 19 U.S.C. § 1526(e). The Notice of Seizure notified the defendant of the right to file a petition to seek remission of the forfeiture within thirty (30) days of the notice. CBP did not receive any documents in response to the Notice of Seizure. Thus, on March 24, 2017, CBP forfeited the merchandise. **Exhibit G, Declaration of Administrative Forfeiture**.

15.     On October 27, 2017, CBP issued the defendant a CBP Form 5955A, Notice of Penalty or Liquidated Damages Incurred and Demand for Payment, in the amount of $93,849.47. **Exhibit H, Notice of Penalty**. The amount of the civil penalty took into consideration the appraised value of the merchandise and the fact that it was a first time seizure under 19 U.S.C. § 1526. The CBP form that was issued asserted that the property bore counterfeit versions of U.S. registered trademarks in violation of 19 U.S.C. § 1526(f). Consistent with the statute, the amount of the civil penalty was assessed at the value of the merchandise as if it were genuine according to the MSRP.

16.     The defendant failed to respond to the Notice of Penalty. Therefore, FP&F sent to the defendant three bills on December 30, 2017, January 13, 2018, and January 27, 2018. **Exhibit I, FP&F Demand Letters**. On January 22, 2017, the defendant, through counsel, requested an extension of time until February 20, 2018, to respond to the penalty notice and the FP&F granted it. In addition, on February 7, 2018, the defendant submitted a power of attorney authorizing counsel to represent the defendant before the CBP. **Exhibit J, Request for Extension of Time, Response and Power of Attorney**. Subsequently, counsel requested an additional extension of

time to file a petition before CBP, which was also approved.  **Exhibit K, Second Request for Extension of Time and Response**.

17.     On March 5, 2018, CBP received a petition from counsel requesting relief from the assessed penalty on behalf of the defendant.  The petition asserted that the defendant is a blue-collar married woman with two (2) children and with a household income of $11,154.00 per year.  Moreover, the petition asserted that the defendant did not purchase the counterfeit merchandise nor did the defendant claim it because she has no interest in the property and that someone must have used her name and address to purchase the merchandise.  **Exhibit L, Petition for Relief**.

18.     On April 12, 2018, CBP informed the defendant via letter that the case had been mitigated to $37,539.99, as established in the mitigation guidelines, and that payments was due within thirty (30) days of the letter.  **Exhibit M, Response to Petition**.  On May 14, 2018, the defendant requested an extension of time to file a supplemental petition with CBP and it was approved until June 8, 2018.  **Exhibit N, Request for Extension of Time to File Supplemental Petition and Response**.  The defendant neither submitted the supplemental petition nor paid the mitigated penalty amount, for which the defendant was once again billed.  **Exhibit O, Additional Bill**.

19.     Subsequently, the CBP's Office of Chief Counsel submitted two (2) additional demand letters to the defendant.  The defendant did not provide a response or payment as requested in the letters.  **Exhibit P, Assistant Chief Counsel Demand Letters and Violator Response**.

## CIVIL PENALTY FOR VIOLATION OF 19 U.S.C. § 1526

20.     The allegations of paragraphs 1-19 are fully incorporated herein.

21.     Because of the above referenced violation of the Anticounterfeiting Consumer Protection

Act (ACPA) and the resulting civil monetary penalty, the defendant is indebted to the United

States in the amount of $93,849.47.

22.     The United States has made demand upon the defendant for payment, but the defendant

has failed to pay the civil monetary penalty.

23.     Accordingly, the United States is entitled to a judgment against the defendant in the

amount of $93,849.47, plus applicable interest and costs.

WHEREFORE, the United States requests judgment against the defendant, Marlin

Rodriguez David, in the amount of $93,849.47, together with applicable interest and costs

incurred herein, and any other relief the Court may deem just and proper.

Respectfully Submitted,

ROSA E. VÉLEZ-RODRÍGUEZ
UNITED STATES ATTORNEY


/s Jorge L. Matos
Jorge L. Matos
Assistant U.S. Attorney
Civil Division
USDC No. G01307
Torre Chardón, Room 1201
350 Carlos Chardón Avenue
San Juan, PR 00918
787-766-5656
787-766-6219 (Fax)
E-mail: Jorge.L.Matos2@usdoj.gov

**Attachment 1:**

JS 44   (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | Marlin Rodriguez David |

| (b) County of Residence of First Listed Plaintiff _____ | County of Residence of First Listed Defendant   Ponce, PR |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)*<br>NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF<br>THE TRACT OF LAND INVOLVED. |

| (c) Attorneys *(Firm Name, Address, and Telephone Number)*<br>Jorge L. Matos<br>U.S. Attorney's Office, 350 Chardon Ave, Suite 1201<br>Hato Rey, PR 00918 Tel: (787) 766-5656 | Attorneys *(If Known)* |
|---|---|

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
    Plaintiff

☐ 3   Federal Question
    *(U.S. Government Not a Party)*

☐ 2   U.S. Government
    Defendant

☐ 4   Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place<br>of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place<br>of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a<br>Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment<br>   & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted<br>   Student Loans<br>   (Excludes Veterans)<br>☐ 153 Recovery of Overpayment<br>   of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product<br>   Liability<br>☐ 320 Assault, Libel &<br>   Slander<br>☐ 330 Federal Employers'<br>   Liability<br>☐ 340 Marine<br>☐ 345 Marine Product<br>   Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle<br>   Product Liability<br>☐ 360 Other Personal<br>   Injury<br>☐ 362 Personal Injury -<br>   Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury -<br>   Product Liability<br>☐ 367 Health Care/<br>   Pharmaceutical<br>   Personal Injury<br>   Product Liability<br>☐ 368 Asbestos Personal<br>   Injury Product<br>   Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal<br>   Property Damage<br>☐ 385 Property Damage<br>   Product Liability | ☐ 625 Drug Related Seizure<br>   of Property 21 USC 881<br>☒ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal<br>   28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated<br>   New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC<br>   3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and<br>   Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/<br>   Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/<br>   Accommodations<br>☐ 445 Amer. w/Disabilities -<br>   Employment<br>☐ 446 Amer. w/Disabilities -<br>   Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate<br>   Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee -<br>   Conditions of<br>   Confinement | **LABOR**<br>☐ 710 Fair Labor Standards<br>   Act<br>☐ 720 Labor/Management<br>   Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical<br>   Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement<br>   Income Security Act<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration<br>   Actions | ☐ 896 Arbitration<br>☐ 899 Administrative Procedure<br>   Act/Review or Appeal of<br>   Agency Decision<br>☐ 950 Constitutionality of<br>   State Statutes<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff<br>   or Defendant)<br>☐ 871 IRS—Third Party<br>   26 USC 7609 |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
   Proceeding

☐ 2   Removed from
   State Court

☐ 3   Remanded from
   Appellate Court

☐ 4   Reinstated or
   Reopened

☐ 5   Transferred from
   Another District
   *(specify)*

☐ 6   Multidistrict
   Litigation -
   Transfer

☐ 8   Multidistrict
   Litigation -
   Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Section 10 of the Anticounterfeiting Consumer Protection Act, 19 USC Section 1526(f)
Brief description of cause:
Civil action to recover CBP administrative fine that has become final

| VII. REQUESTED IN<br>COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER RULE 23, F.R.Cv.P. | DEMAND $<br>93,849.47 | CHECK YES only if demanded in complaint:<br>JURY DEMAND:   ☐ Yes   ☒ No |
|---|---|---|---|

## VIII. RELATED CASE(S)
   IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

| DATE<br>02/08/2019 | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

**Attachment 2:**

# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):    Matos, Jorge L.

USDC-PR Bar Number:    G-01307

Email Address:    Jorge.L.Matos@usdoj.gov

1. Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

   Plaintiff:    United States of America

   Defendant:    Marlin Rodriguez David

2. Indicate the category to which this case belongs:

   ☒ Ordinary Civil Case

   ☐ Social Security

   ☐ Banking

   ☐ Injunction

3. Indicate the title and number of related cases (if any).



4. Has a prior action between the same parties and based on the same claim ever been filed before this Court?

   ☐ Yes

   ☒ No

5. Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

   ☐ Yes

   ☒ No

6. Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

   ☐ Yes

   ☒ No

Date Submitted:  2/8/19

rev. Dec. 2009

Print Form        Reset Form

**Exhibit A:**

**HERNANDEZ, PATRICIA I**                                    0710

| | |
|---|---|
| **From:** | ORTIZ-FEBUS, LIZZETTE |
| **Sent:** | Friday, June 02, 2017 7:42 PM |
| **To:** | HERNANDEZ, PATRICIA I |
| **Subject:** | RE: Various IPR Violators |

See below info.......

V/r,



*CBPO Lizzette Ortiz-Febus*
***San Juan Field Office***
***San Juan Tactical Analytical Unit***
***Office:*** ▓▓▓▓▓▓▓
***Fax:*** ▓▓▓▓▓▓
***BB:*** ▓▓▓▓▓▓▓
***Email:*** ▓▓▓▓▓▓▓▓▓▓▓▓▓
***HSDN Email:*** ▓▓▓▓▓▓▓▓▓▓▓▓▓

 **U.S. Customs and Border Protection**

**From:** HERNANDEZ, PATRICIA I
**Sent:** Friday, June 02, 2017 9:28 AM
**To:** ORTIZ-FEBUS, LIZZETTE <LIZZETTE.ORTIZ-FEBUS@CBP.DHS.GOV>
**Subject:** Various IPR Violators

Hola Lizzie

I have various cases that I need information on whether the violators are linked to any business and or have additional address to issue penalties.

- **2016491310148901**
  - **Marianita Rodriguez david**
    **Urb. Punto Oro**
    **Calle La Capita #3308**
    **Ponce, PR 00728**
    **Phone number:** ▓▓▓▓▓▓▓

Yes, she is linked to KOKETA, INC:

1

Phone number: ▓▓▓▓▓▓▓▓▓ belongs to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓ with the following address as per his Passport application (22-aug-2016). His occupation listed is businessman for KOKETA INC. **Marlin Marie RODRIGUEZ DAVID** (Resident Agent -- Screen print from Dept of States) is his wife

**Passport application:**

| Address | City | State | | Zip | |
|---|---|---|---|---|---|
| | URB PUNTO ORO 3308 CALLE LA CAPITANA | PONCE | | PR | 00728 |

| Other Names | Care of | Email | Telephone |
|---|---|---|---|
| ▓▓▓▓▓▓▓ | | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ▓▓▓▓▓▓▓ |

3308 CALLE LA CAPITANA
PONCE, PR 00728-2020, PONCE COUNTY
Mar 2015 - May 2017

# CORPORATION INFORMATION
## KOKETA , INC.

Return to Search Results

**I want to:** Select

| Details | Articles | Annual Filings | Certificates |

### General Information

| Name | KOKETA , INC. | | |
|---|---|---|---|
| Register No. | 325465 | **Status** | |
| Class | Corporation | | |
| Type | For Profit | **Jurisdiction** | |

### Resident Agent

| Name | Rodriguez David, Marlin M | | |
|---|---|---|---|
| **Street Address** | 1947 calle dr.pila<br>el tuque<br>ponce, PR 00728 | **Mailing Address** | |

Clasificados 1482 by Periódico La Perla Del Sur - issuu
*https://issuu.com/aranzamendi/docs/clasificados_1482r*
    1. Cached
Translate this page
Se buscan vendedoras de prendas stainless steel, zapatos Makers, Lili Collection, carteras y mucho más. Llámanos para los requisitos ▓▓▓▓▓▓▓llama si

Clasificados 1542 by Periódico La Perla Del Sur - issuu
*https://issuu.com/aranzamendi/docs/clas_1542r/11*
    1. Cached
Translate this page
También tenemos prendas de hombres. Llama▓▓▓▓▓▓y con mucho gusto te orientaremos. Somos los #1 en precios y en este mercado.▓▓▓▓▓▓▓▓

Edicion 1503 by Periódico La Perla del Sur - issuu
*https://issuu.com/periodicolaperladelsur/docs/edicion_1503/56*

3

**Exhibit B:**



 

# COMERCIAL INVOICE

| INTERNATIONAL AIR WAYBILL NO. 航空运单号 | DATE OF EXPORTATION出货日期 |
|---|---|
| 302882651 | 2016-9-12 |
| SHIPPER/EXPORTER(COMPLETE NAME AND ADDRESS) | CONSIGNEC(COMPLETE NAME AND ADDRESS 收件人 |
| 托运人 | MARIANITA RODRIGUEZ DAVID |
| DONGGUAN XINQIAN CO.,LTD | URB PUNTO ORO CALLE LA CAPITA |
| MR PING | #3308 PONCE PR 00728 |
| ROOM 806,E TAT FACTORY BUILDING | |
| 4 HEUNG YIP ROAD  WONG CHUK HANG | ATTN: MARIANITA RODRIGUEZ DAVID |
| | |
| COUNTRY OF EXPORT出口国 | COUNTRY OF DESTINATION进口国 |
| CHINA | PUERTO RICO |

| NO OF | DESCRIPTION OF GOODS | Q'TY | UNIT VALUE | TOTAL VALUE |
|---|---|---|---|---|
| 1 | 货物描述 | 数量 | 单价 | 总额 |
| | CHEAP STEEL DECORATIONS | 296PCS | USD:0.85 | USD: 251.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| TOTAL NO OF PKGS | TOTAL INV VALUE |
|---|---|
| | USD: 251.60 |

SHIPPER'S SIGNATURE & STAMP                    DATE: 2016-09-12

**Exhibit C:**

Intellectual Property Rights (I͡ ᷡᷡᷡᷡ ͡ ᷡᷡᷡᷡ -arch - cbp.gov                                    Page 1 of 1



 

Search  ALL | Title | Product | Description | Owner | Contact Name | Firm Name || Recordation No. | Agency Registration No.

Filter  Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders || Exclude Expired | Include Expired

**Effective Date:** 8/17/2016
**CBP Recordation Expiration Date:** 11/22/2026
**USPTO Registration Expiration Date:** 8/22/2026
**Gray Market Importations Restricted:** NO

## Trademark
**Customs Recordation Number:** TMK 07-00005
**U.S. Patent and Trademark Office Registration Number:** 3133139

BACK

| | |
|---|---|
| Title | CHANEL |
| Product Description | IC 014. Jewelry and watches. Word Mark CHANEL |
| Disclaimer | N/A |
| Firm | Chanel, Inc. |
| Owner Name | Chanel, Inc. |
| Contact Name | Adrienne Hahn 9 West 57th Street Chanel Legal Department New York, New York 10019 USA |
| Phone Number | ░░░░░░░░░░░ |
| Fax | [N/A] |
| Email Address | adrienne.hahn@chanelusa.com |

**CBP Provides IPR Protection For The Following:**



1.



2.

**Countries of manufacture**
France, Italy, Switzerland

**Licensee(s)**
Chanel Limited, a corporation of the United Kingdom, 5 Barlow Place, LONDON, W1J 6DG; Chanel, a corporation of France, 135, ave Charles de Gaulle, Neuilly-sur-Seine, F- 92200, France; Chanel S.A. Geneve, a corporation of Switzerland, quai du General Guisan 24, Geneva CH-1204, Switzerland; Chanel S. de R.L. and Compa?la Universal de Perfumeria Francesa (CUPFSA) S. de R.L., corporations of Panama, Avienda Samuel Lewis, HSBC Building, 3rd Floor, Panama City, Panama

STANDARD CHARACTER MARK

**Additional Information**

# CHANEL

Int. Cl.: 14

Prior U.S. Cls.: 2, 27, 28 and 50

Reg. No. 3,133,139

**United States Patent and Trademark Office**   Registered Aug. 22, 2006

**TRADEMARK**
**PRINCIPAL REGISTER**

# CHANEL

CHANEL, INC. (NEW YORK CORPORATION)
9 WEST 57TH STREET
NEW YORK, NY 10019

FOR: JEWELRY AND WATCHES, IN CLASS 14
(U.S. CLS. 2, 27, 28 AND 50).

FIRST USE 0-0-1914; IN COMMERCE 0-0-1925.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 195,360, 2,812,740 AND
OTHERS.

SER. NO. 78-725,496, FILED 10-3-2005.

REBECCAH GAN, EXAMINING ATTORNEY

Intellectual Property Rights ( ) ~earch - cbp.gov                 Page 1 of 1



DHS.gov

  Keyword tous  [GO]    HELP | ABOUT | PRINT |
ID PRODUCT ID MANUALS |
SERVICE REQUESTS

Search  [ ALL ] [ Title ] [ Product ] [ Description ] [ Owner ] [ Contact Name ] [ Firm Name ]  [ Recordation No. ] [ Agency Registration No. ]

Filter  [ Show All ] [ Trademarks ] [ Copyrights ] [ Tradenames ] [ Exclusion Orders ]  [ Exclude Expired ] [ Include Expired ]

Effective Date: 5/21/2010
CBP Recordation Expiration Date: 5/28/2020
USPTO Registration Expiration Date:
2/28/2020
Gray Market Importations Restricted:  NO

## Trademark
Customs Recordation Number: TMK 07-01247       [BACK]
U.S. Patent and Trademark Office Registration Number:  2323330

| | | |
|---|---|---|
| Title | DESIGN ONLY (BEAR DESIGN) | **CBP Provides IPR Protection For The Following:** |
| Product | IC 014. PRECIOUS METALS AND THEIR ALLOYS AND OBJECTS MADE OR PLATED WITH PRECIOUS METALS, NAMELY, RINGS BEING JEWELRY, MEDALLIONS, BROOCHES, NECKLACES, SHORT NECKLACES, JEWELRY BRACELETS, FIGURINES, STATUETTES, HAT PINS, ORNAMENTAL LAPEL PINS, JEWELRY LAPEL PINS, TIE PINS, CUFF-LINKS, JEWELRY, COSTUME JEWELRY, PRECIOUS GEMSTONES, WATCHES AND CLOCKS. | 1. |
| Description | BEAR DESIGN | **Countries of manufacture** China, Germany, Hong Kong, India, Italy, Spain, Turkey |
| Disclaimer | N/A | |
| Firm | COZEN O'CONNOR / REPRESENTATIVE | **Licensee(s)** TOUS USA, INC. - subsidiary TOUS MIAMI, LLC - subsdiary JOYERIA TOUS, S.A. - subsidiary |
| Owner Name | S. TOUS, S.L. | |
| Contact Name | DAVID SUNSHINE 277 PARK AVENUE NEW YORK, NEW YORK 10172 | |
| Phone Number | | DESIGN ONLY |
| Fax | | **Additional Information** |
| Email Address | | |

Intellectual Property Rights (I····· ·····rch - cbp.gov                          Page 1 of 2



DHS.gov

Search  ALL | Title | Product | Description | Owner | Contact Name | Firm Name | Recordation No. | Agency Registration No.

Filter  Show All | Trademarks | Copyrights | Tradenames | Exclusion Orders | Exclude Expired | Include Expired

Effective Date: 9/7/2010
CBP Recordation Expiration Date: 9/7/2030
Gray Market Importations Restricted:  NO

## Copyright
**Customs Recordation Number: COP 84-00308**

◄BACK◄

**U.S. Copyright Office Registration Number:  VA-124-730**

| | | CBP Provides IPR Protection For The Following: |
|---|---|---|
| Title | DISNEY CHARACTER GUIDE | |
| Product | PAMPHLET MICKEY MOUSE, MINNIE MOUSE, DUMBO DONALD DUCK, PLUTO DAISY DUCK, HUEY DEWEY, LOUIE | |
| Description | DISNEY CHARACTER GUIDE, THE THREE LITTLE PIGS, WINNIE THE | |
| Disclaimer | N/A | |
| Firm | THE WALT DISNEY COMPANY | |
| Owner Name | DISNEY ENTERPRISES INC. | |
| Contact Name | SARAH J. QUISIDO 500 S. BUENA VISTA ST. BURBANK, CA 91521–0646 | |
| Phone Number | | |
| Fax | | |
| Email Address | | |

Countries of
manufacture
United States

Licensee(s)
ALLISON
MANUFACTURING

THE FOLLOWING
ARE CHARACTER
IN THE DISNEY
CHARACTER
GUIDE: MICKEY
MOUSE, MINNIE
MOUSE, GOOFY,
PLUTO, DONALD
DUCK, DAISY
DUCK, HUEY,

DEWEY AND
LOUIE, THE
THREE LITTLE
PIGS, WINNIE
THE POOH,
TIGGER,
EEOYRE, PIGLET,
PINOCCHIO,
CIND-ERELLA,
ONE HUNDRED
AND ONE
DALMATIANS,
LADY AND THE
TRAMP, BAMBI,
THE
ARISTOCATS,
THE RESCUERS,
PETER PAN,
TINKER BELL,
DUMBO, THE
JUNGLE BOOK,
SLEEPING
BEAUTY, ALICE IN
WONDERLAND
AND SHOW
WHITE AND THE
SEVEN DWARFS.
BY LETTER
DATED 5/21/03
REQUEST TO
CHANGE
CONTACT FROM
ANNA SOLANO,
KAREEN O'BRIEN
& LAURA BAY
THEY ARE NO
LONGER WITH
WALT DISNEY
COMPANY.

**Additional
Information**

**Exhibit F:**

48 Road 165 KM 1.2
Guaynabo, PR 00968-8000

NOV **2 3** 2016



**U.S. Customs and
Border Protection**

ENF-4-FO:SJ:AP:FP: TC

CERTIFIED MAIL AND RETURN RECEIPT REQUESTED
7015 1520 0002 0317 5977
Marianita Rodríguez David
Urb. Punto Oro, Calle La Capita #3308
Ponce, PR  00728

Re: Case Number 2016-4913-101489-01

Dear Sir/Madam:

This is to officially notify you that U.S. Customs and Border Protection (CBP) seized the
property described below at Carolina, Puerto Rico, on September 27, 2016:

- Approximately 117 Tous sets
- Approximately 23 Tous rings
- Approximately 45 Tous charms
- Approximately 25 Tous necklace
- Approximately 60 Tous bracelets
- Approximately 66 Tous earings
- Approximately 10 Chanel rings
- Approximately 10 Chanel sets
- Approximately 10 Minni Mouse sets
- Approximately 7 generic jewelry

The appraised domestic value of the property is $1,695.50.

The property described below was seized and is subject to forfeiture under the provisions of
Title 19, United States Code, Section (§) 1526(e) (19 U.S.C. § 1526(e)), which prohibits the
importation of merchandise bearing a counterfeit trademark that is both registered with the
Patent and Trademark Office (PTO) and recorded with CBP.  The property contains markings
which are substantially indistinguishable from and, therefore, bear a counterfeit design/word/
mark as indicated below.  CBP Regulations provide that any article imported into the United
States bearing a counterfeit trademark shall be seized and, in the absence of the written consent
of the trademark owner, forfeited for violation of the Customs laws.  Listed below is a
description of the seized property, a description of the trademark and the name and address of the
trademark owner.

Description of Property:  Approximately 117 Tous sets, approximately 23 Tous rings,
approximately 45 Tous charms, approximately 25 Tous necklace, approximately 60 Tous
bracelets, and approximately 66 Tous earrings

Page 1 of 6                                                                    (ATT 8-F: Revised November 2014)

Domestic Value: $1,426.50
Description of Trademark: Bear Design
Customs and Border Protection Recordation Number: TMK 07-01247
U. S. Patent & Trademark Office Registration Number: 2323330
Trademark Representative Name: David Sunshine
Trademark Representative Address: 277 Park Avenue, New York, NY 10172

Description of Property: Approximately 10 Chanel rings and approximately 10 Chanel sets
Domestic Value: $118.00
Description of Trademark: Word Mark CHANEL
Customs and Border Protection Recordation Number: TMK 07-00005
U. S. Patent & Trademark Office Registration Number: 3133139
Trademark Representative Name: Adrienne Hahn
Trademark Representative Address: 9 West 57th Street, Chanel Legal Department, New York, NY 10019

Furthermore, the property mentioned below was seized and is subject to forfeiture under the provisions of 19 U.S.C. § 1595a(c)(2), for violation of 17 U.S.C. § 602, because it was found to infringe on a recorded copyright. CBP Regulations provide that any article imported into the United States infringing copies shall be seized and, in the absence of the written consent of the copyright owner, forfeited for violation of the Customs laws. Listed below is a description of the seized property, a description of the copyright and the name and address of the copyright owner.

Description of Property: Approximately 10 Minnie Mouse sets
Domestic Value: $11.00
Description of Copyright: Disney character guide
U. S. Customs and Border Protection Recordation Number: COP 84-00308
U. S. Copyright Office Registration Number: VA-124-730
Copyright Representative Name: Sarah J. Quisido
Copyright Representative Address: 500 S. Buena Vista St., Burbank, CA 91521-0646

In addition, the property described below was seized and is subject to forfeiture under the provisions of 19 U.S.C. § 1595a(c)(2)(C), because it was used in connection with trafficking of counterfeit goods, in violation of 18 U.S.C. § 2320, which prohibits the importation of merchandise or packaging wherein copyright, trademark, or trade name protections violations are involved.

- Approximately 7 generic jewelry

The facts available to CBP indicate that you might have an interest in the seized property. The purpose of this letter is to advise you of the options available to you concerning this seizure. An important document – an "Election of Proceedings" form is enclosed with this letter. You must choose one of the options outlined below, indicate your choice on the "Election of Proceedings" form, and return it and any other necessary documents to CBP within the allotted time frame.

(ATT 8-F: Revised November 2014)

Should you choose to abandon the property, you must still complete the "Election of Proceedings" form and return it to CBP.

Your options are as follows:

1. **Petition:** You may file a petition with this office within 30 days from the date of this letter in accordance with 19 U.S.C. § 1618 and Title 19, Code of Federal Regulations (C.F.R.), Sections 171.1 and 171.2 (19 C.F.R. §§ 171.1, 171.2), seeking remission of the forfeiture. The petition does not need to be in any specific form, but it must describe the property involved, identify the date and place of the seizure, include all the facts and circumstances which you believe warrant relief from forfeiture, and must include proof of your interest in or claim to the property. Examples of proof of interest include, but are not limited to a car title, loan agreement, or documentation of the source of funds. If you choose this option, you must check **Box 1** on the "Election of Proceedings" form.

By completing Box 1 on the "Election of Proceedings" form, you are requesting administrative processing of your case by CBP. You are requesting that CBP refrain from beginning forfeiture proceedings while your petition is pending or that CBP halt administrative forfeiture proceedings, if they have already commenced. However, if CBP has already referred the matter to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your petition will be forwarded to the U.S. Attorney for consideration.

If you are dissatisfied with the petition decision (initial petition or supplemental petition), you will have an additional 60 days from the date of the initial petition decision, or 60 days from the date of the supplemental petition decision, or such other time as specified by the Fines, Penalties and Forfeitures Officer to file a claim to the property, along with the required cost bond, requesting referral of the matter to the U.S. Attorney's Office for judicial action. If you do not act within these time frames, CBP may forfeit the property to the United States as authorized by law.

At any point prior to the forfeiture of the property, you may request a referral to the U.S. Attorney by filing a claim and cost bond. *Please see section 4 of this letter for information on how to file a claim and cost bond.* If you take such action after filing a petition for relief, your pending petition will be withdrawn from consideration.

2. **Offer in Compromise:** At any time prior to forfeiture, you may file an offer in compromise in accordance with 19 U.S.C. § 1617 and 19 C.F.R. §§ 161.5 and 171.31. The offer must specifically state that you are making it under the provisions of 19 U.S.C. § 1617. If you are offering money in settlement of the case, you must include payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) in the amount of your offer. CBP may only consider the amount of your offer and will return the full offer if it is rejected. *This option may serve to delay the case.* If you choose this option, you must check **Box 2** on the "Election of Proceedings" form.

(ATT 8-F: Revised November 2014)

If you chose to submit an offer in compromise and are dissatisfied with the offer decision, you will have an additional 30 days from the date of the offer decision to file a claim and bond requesting a referral for judicial action. If you do not act within the additional 30 days, the property may be forfeited to the United States.
You may also request a referral for judicial action at any point prior to the issuance of the offer in compromise decision. *(Please see section 4 of this letter for information on how to file a claim and cost bond.)* If you take such action, your petition or offer will be considered to have been withdrawn.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney for the institution of judicial forfeiture proceedings, your offer will be forwarded to the United States Attorney for consideration as an offer of settlement in the judicial case, as appropriate.

3. **Abandon:** You may abandon the property or state that you have no claim or interest in it. If you choose this option, you should check **Box 3** on the "Election of Proceedings" form. The Government may proceed with forfeiture proceedings or address claims from other parties concerning the property, without further involving you.

4. **Court Action:** You may request to have this matter referred to the U.S. Attorney for institution of judicial forfeiture proceedings by notifying the office identified in this letter, in writing, that you do not intend to file a petition or offer in compromise with CBP or post the value of the merchandise to obtain its release on payment (see below). If you choose this option, you should check **Box 4** on the "Election of Proceedings" form.

If you chose this option, you must submit to CBP (at the address provided at the end of this letter) a claim and cost bond in the penal sum of $5,000 or 10 percent of the value of the claimed property, whichever is less, but in no case shall the amount of the bond be less than $250.00.

If you file the claim and bond, the case will be referred promptly to the appropriate U.S. Attorney for the institution of judicial proceedings in Federal court to forfeit the seized property in accordance with 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. You may then file a petition for relief with the Department of Justice pursuant to Title 28, Code of Federal Regulations, Part 9 (28 C.F.R. Pt. 9). Failure to submit a bond with the claim will render the request for judicial proceedings incomplete, and therefore, defective. This means that the case will NOT be referred to the appropriate U.S. Attorney.

If you wish the Government to seek judicial forfeiture proceedings but cannot afford to post the bond, you should contact the Fines, Penalties & Forfeitures Officer or Asset Forfeiture Officer of CBP (where applicable) so that CBP can make a determination of your financial ability to pay the bond. If a determination of inability to pay is made, the cost of the bond may be waived in its entirety. The case will be referred promptly and you may then file a petition for relief with the Department of Justice pursuant to 28 C.F.R. Pt. 9.

(ATT 8-F: Revised November 2014)

**Take No Action:** If you choose to do nothing, CBP may seek to forfeit the property. In order to obtain forfeiture, CBP must publish a notice of seizure and intent to forfeit for 30 consecutive days, and after that time the Government acquires full title to the seized property. The first notice will be posted on or about 30 days from the date of this letter.

For property appraised in excess of $5,000, CBP will post notice of seizure and intent to forfeit on the internet at www.forfeiture.gov for 30 consecutive days.

For property appraised at $5,000 or less, CBP will post notice of seizure and intent to forfeit in a conspicuous place accessible to the public at the customhouse or Border Patrol sector office (where appropriate) nearest the place of seizure as well as on the internet at www.forfeiture.gov for 30 consecutive days.

**Release on Payment:** If the seized merchandise is not, by law, prohibited from entry into the commerce of the United States, you may, within 30 days of this letter, submit an offer to pay the full appraised domestic value of the seized property accompanied by the full payment (bank draft, cashier's check or certified check, drawn on a U.S. financial institution, and made payable to CBP) or an irrevocable letter of credit in accordance with 19 U.S.C. § 1614 and 19 C.F.R. § 162.44.

If CBP accepts your offer to substitute release of the seized property on payment, the property will be immediately released, and the payment or letter of credit will be substituted for the seized property. You may still submit a petition, offer in compromise, or file a claim and cost bond requesting that the matter be referred to the U.S. Attorney's Office, and you must check the appropriate box on the "Election of Proceedings" form. The decision letter on your offer will provide you with the time frames for those options.

If, upon receipt of your offer, the matter has already been referred to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings, your offer will be forwarded to the U.S. Attorney for consideration.

**Holder of a Lien or Security Interest:** If you are a holder of a lien or security interest and you do not file a request for court action (option 4 above), you may avail yourself of any of the other options listed. No relief will be granted to you until after forfeiture, unless your petition, offer or request is accompanied by an agreement to hold the United States, its officers and employees harmless, and a release from the registered owner and/or person from whom the property was seized.

All accompanying documents, including supporting documents, must be in the English language or accompanied by an English language translation and submitted in duplicate.

No matter which box you check on the enclosed "Election of Proceedings" form, you should sign, date and return the form, along with any petition, offer in compromise, or request for judicial forfeiture proceedings if those documents are necessary to support the option you choose. *If you did not receive this form, please call the telephone number below.*

(ATT 8-F: Revised November 2014)

In addition to the seizure and forfeiture liability, you may be liable for a civil penalty in this matter.  If you are liable for a civil penalty, details on the civil penalty are in the attached letter; or, if not attached, are being prepared and will be mailed shortly.

All correspondence should be addressed to U.S. Customs and Border Protection, Attn:  Fines, Penalties and Forfeitures Office, 48 Carr. 165 STE 3000, City View Plaza II, Guaynabo, PR 00968-8071.  Should further information be required, contact Teresita Cruz, Paralegal Specialist, at (787) 729-6915.  Inquiries should reference the case number.

Sincerely,

Ivelisse Maldonado
Fines, Penalties, and Forfeitures Officer

Enclosures:  Election of Proceedings – Non-CAFRA Form

A FALSE STATEMENT OR CLAIM MAY SUBJECT A PERSON TO PROSECUTION UNDER TITLE 18, U.S.C., SECTION 1001 AND/OR 1621, AND MAY BE PUNISHABLE BY A FINE AND IMPRISONMENT

(ATT 8-F: Revised November 2014)

## ELECTION OF PROCEEDINGS – NON-CAFRA FORM

NOTE: PLEASE READ THE LETTER NOTICE OF SEIZURE AND INFORMATION FOR CLAIMANTS BEFORE YOU FILL OUT THIS FORM. THIS FORM SHOULD BE COMPLETED AND RETURNED TO U.S. CUSTOMS AND BORDER PROTECTION (CBP), FINES, PENALTIES AND FORFEITURES OFFICE, AT 48 CARR 165 STE 3000, CITY VIEW PLAZA II, GUAYNABO, PR 00968-8071.

I understand that property in which I have an interest has been seized by U.S. Customs and Border Protection (CBP)/U.S. Immigration and Customs Enforcement (ICE) under Case Number 2016-4913-101489-01 TC

Check ONLY ONE of the five following choices:

☐ 1. **I REQUEST THAT CBP CONSIDER MY PETITION ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My petition is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my petition is considered. However, I understand that *at any time* I can request, in writing, that you begin administrative forfeiture proceedings, and you will continue to consider my petition. I also understand that *at any time* I can file a claim and bond with CBP and CBP's consideration of my petition will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 2. **I REQUEST THAT CBP CONSIDER MY OFFER IN COMPROMISE ADMINISTRATIVELY BEFORE FORFEITURE PROCEEDINGS ARE INITIATED.** My offer is attached. By making this request, I understand that I am giving up my right to (1) immediately begin administrative forfeiture proceedings, as provided by 19 U.S.C. § 1607 and 19 C.F.R. § 162.45, or (2) have the case immediately referred to the U.S. Attorney for court action, as provided by 19 U.S.C. § 1608 and 19 C.F.R. § 162.47. If administrative forfeiture has begun, it will be stopped until my offer is considered. However, I understand that *while my offer is under consideration* I can request, in writing, that CBP begin administrative forfeiture proceedings, and CBP will continue to consider my offer. I also understand that *while my offer is under consideration* I can file a claim and cost bond with CBP and CBP's consideration of my offer will stop and the case will be sent to the U.S. Attorney's Office for court action.

☐ 3. **I ABANDON THE PROPERTY AND I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit. I abandon any claim or interest in the property.

☐ 4. **I REQUEST THAT CBP SEND MY CASE FOR COURT ACTION.** Please immediately refer the case to the U.S. Attorney's Office for the institution of judicial forfeiture proceedings. I am filing/will file a claim and bond with CBP.

☐ 5. **I REQUEST THAT CBP BEGIN ADMINISTRATIVE PROCEEDINGS TO FORFEIT THE PROPERTY.** Please immediately begin publication of the notice of seizure and intent to forfeit the property, and consider any petition or offer in compromise which I may timely file. I understand that within thirty (30) days of the first publication of the notice, I can request that CBP send the case to the U.S. Attorney's Office for institution of judicial forfeiture proceedings.

_____        _____
Name (Print)                                  Date

_____
Signature

**Exhibit G:**

# U.S. DEPARTMENT OF HOMELAND SECURITY
## U.S. CUSTOMS AND BORDER PROTECTION
### DECLARATION OF ADMINISTRATIVE FORFEITURE
(Property Valued at $5,000 or less)

**Case Number: 2016491310148901**

Notice of Seizure and Intent to Forfeit was published at www.forfeiture.gov and posted at the Customhouse #48 CARR 165 STE 300008, GUAYNABO, PR, 00968-          as required by law on the following dates: 2/10/2017 to 3/11/2017

In accordance with the provisions of Title 19, United States Code, Sections 1607 and 1609 (19 U.S.C. §§ 1607, 1609) and Title 19, Code of Federal Regulations, Section 162.45 (19 C.F.R. § 162.45), the following described property is declared forfeited for violation(s) as listed below.

2016491310148901010000; Seized On 20160927 At the port of SAN JUAN, PR; TOUS SETS; : 1; BX; Valued at $399.72; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901002000; Seized On 20160927 At the part of SAN JUAN, PR; TOUS RINGS; : 1; BG; Valued at $49.68; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901003000; Seized On 20160927 At the port of SAN JUAN, PR; TOUS CHARMS; : 1; BG; Valued at $107.1; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901004000; Seized On 20160927 At the port of SAN JUAN, PR; TOUS NECKLACES; : 1; BG; Valued at $67.5; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901005000; Seized On 20160927 At the port of SAN JUAN, PR; TOUS BRACELETS; : 1; BG; Valued at $189; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901006000; Seized On 20160927 At the port of SAN JUAN, PR; TOUS EARINGS; : 1; BG; Valued at $643.5; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901007000; Seized On 20160927 At the port of SAN JUAN, PR; CHANEL RINGS; : 1; BG; Valued at $87.9; For violation of 19USC1526I(E); 19USC1595A(C)(2); 18USC2320

2016491310148901008000; Seized On 20160927 At the port of SAN JUAN, PR; CHANEL SETS; : 1; BG; Valued at $30.4; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901009000; Seized On 20160927 At the port of SAN JUAN, PR; MINNI MOUSE SETS; : 1; BG; Valued at $11; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

2016491310148901010000; Seized On 20160927 At the port of SAN JUAN, PR; GENERIC JEWELRY; : 1; BG; Valued at $140; For violation of 19USC1526I(E); 19USC1595A(C)(2); 17USC602; 18USC2320

**IVELISSE MALDONADO**
Fines, Penalties & Forfeitures Officer.

Forfeiture Date: _____ MAR 2 4 2017

Page: 22

**Exhibit H:**

7045 0640 0002 5935 3578

| | |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY<br>U.S. CUSTOMS AND BORDER PROTECTION | CASE NUMBER     P01<br>2018490930000201 |
| NOTICE OF PENALTY OR<br>LIQUIDATED DAMAGES INCURRED<br>AND DEMAND FOR PAYMENT | PORT CODE AND NAME<br>4909 SAN JUAN, PR |
| 19 USC 1618, 19 USC 1623 | INVESTIGATION FILE NO. |

MARLIN M RODRIGUEZ DAVID
3308 CALLE LA CAPITANA
PONCE           PR    00728

DEMAND IS HEREBY MADE FOR PAYMENT OF      $93,849.97, REPRESENTING
PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR
REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
ON SEPTEMBER 27, 2016 U.S CUSTOMS AND BORDER PROTECTION (CBP) SEIZED
COUNTERFEIT MERCHANDISE. THE PROPERTY WAS SEIZED UNDER 2016-4913-101489-01.
A NOTICE OF SEIZURE WAS SENT TO ALL INTERESTED PARTIES ON NOVEMBER 23, 2016.
FORFEITURE PROCEEDINGS WERE INITIATED AND THE PROPERTY WAS DECLARED FORFEITED
TO THE GOVERNMENT ON MARCH 24, 2017. A PENALTY IS ASSESSED UNDER
19USC1526(F), WHICH ALLOWS FOR A CIVIL PENALTY AGAINST "ANY PERSON WHO
DIRECTS, ASSISTS FINANCIALLY OR OTHERWISE, OR AIDS AN ABETS THE IMPORTATION
OF MERCHANDISE FOR SALE OR PUBLIC DISTRIBUTION" THAT BEARS A COUNTERFEIT
MARK. THE AMOUNT IS BASED ON THE MSRP VALUE THE MERCHANDISE WOULD HAVE HAD,
IF IT WERE GENUINE.
OTHER PENALTY VIOLATION

| LAW OR REGULATION VIOLATED<br>OTHERPEN<br>19USC1526(F) | BOND BREACHED<br>BOND TYPE:<br><br>BOND: |
|---|---|

| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |
|---|---|---|---|

NAME AND ADDRESS OF PRINCIPAL ON BOND

| NAME AND ADDRESS OF SURETY ON BOND | SURETY NO. |
|---|---|

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT
TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE
PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN
LEGAL FORM; SUBMIT IN (DUPLICATE ) ADDRESSED TO THE COMMISSIONER OF CUSTOMS
AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: US CBP / FP&F OFFI
CE, 848 CARR 165 STE 300008, GUAYNABO, PR 00968
UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED
WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL
BE TAKEN IN CONNECTION WITH BOND OR MATTER WILL BE REFERRED TO US ATTORNEY.
TIME LIMIT FOR PAYMENT OR FILING PETITION: 60 DAYS FROM DATE OF THIS NOTICE.

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| *[signature]*<br>IVELISSE MALDONADO<br>BY | FP&F OFFICER | 10/27/2017 |

"The Small Business and Regulatory Enforcement Ombudsman and 10 Regional Fairness Boards were established to receive comments from small business about federal agency enforcement activities and rate each agency's responsiveness to small business. If you wish to comment on the enforcement actions of U.S. Customs and Border Protection, call 1-888-REG-FAIR (888-734-3247).

"Please note: The National Ombudsman/RegFair Board process has no effect on your rights or obligations under the procedures of the agency on which you are commenting. You must still comply with all of that agency's processes and procedures."

**Exhibit I:**



**U.S. Customs and Border Protection**
US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO   PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

| | |
|---|---|
| 1 1 SP 0.470 P1 T1 *** <br> BILL TO:  RODRIGUEZ DAVID, MARLIN <br>   3308 CALLE LA CAPITANA <br> PONCE PR 00728 | Importer Number: <br> Bill Number:  FP80310356 <br> Bill Date:  01/27/2018 <br> Port of Service/Charge:  4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: RODRIGUEZ DAVID, MARLIN
VIOLATION(S): OTHERPEN     19USC1526(F)
□VIOLATION DATE: 09-27-2016

THIRD NOTICE ISSUED:                            **Pay Full Amount Due upon Receipt: 93849.97**

---

PAYER'S COPY                            CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:   01/27/2018
Bill To:     RODRIGUEZ DAVID, MARLIN
             3308 CALLE LA CAPITANA
             PONCE PR 00728

Bill Number:              FP80310356
Transaction Identification:  2018490930000201
THIRD NOTICE ISSUED:
 Amount Due:              93849.97
Amount Enclosed:     _____

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II GUAYNABO    PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE                     CBP FORM 6084SC (03/12)



**U.S. Customs and
Border Protection**
US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO    PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

1 1 SP 0.460 P1 T1 ***
BILL TO:  RODRIGUEZ DAVID, MARLIN
3308 CALLE LA CAPITANA
PONCE PR 00728

| Importer Number: | |
|---|---|
| Bill Number: | FP80310356 |
| Bill Date: | 12/30/2017 |
| Port of Service/Charge: | 4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM.
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND.

CBP - FPF OFFICE

JAN 10 2018

PLS INITIAL:

VIOLATOR: RODRIGUEZ DAVID, MARLIN
VIOLATION(S): OTHERPEN     19USC1526(F)
☐VIOLATION DATE: 09-27-2016

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 93849.97**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:   12/30/2017
Bill To:     RODRIGUEZ DAVID, MARLIN
3308 CALLE LA CAPITANA
PONCE PR 00728

Bill Number:                    FP80310356
Transaction Identification:     2018490930000201
FIRST NOTICE


Amount Due:                     93849.97
Amount Enclosed:

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II GUAYNABO    PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE              CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO   PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).



| | |
|---|---|
| 1  1 SP 0.460 P1 T1 *** | |
| BILL TO:  RODRIGUEZ DAVID, MARLIN | |
| 3308 CALLE LA CAPITANA | |
| PONCE PR 00728 | |

Importer Number:
Bill Number:                FP80310356
Bill Date:                    01/13/2018
Port of Service/Charge:   4909

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION.

CBP - FPF OFFICE

JAN 22 2018

PLS INITIAL:_____

VIOLATOR: RODRIGUEZ DAVID, MARLIN
VIOLATION(S): OTHERPEN     19USC1526(F)
☐VIOLATION DATE: 09-27-2016

SECOND NOTICE ISSUED:

**Pay Full Amount Due upon Receipt: 93849.97**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:     01/13/2018
Bill To:       RODRIGUEZ DAVID, MARLIN
               3308 CALLE LA CAPITANA
               PONCE PR 00728

Bill Number:                      FP80310356
Transaction Identification:       2018490930000201
SECOND NOTICE ISSUED:
Amount Due:                       93849.97
Amount Enclosed:                  _____

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II GUAYNABO    PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

**Exhibit J:**

## HERNANDEZ, PATRICIA I

| | |
|---|---|
| **From:** | HERNANDEZ, PATRICIA I |
| **Sent:** | Thursday, February 01, 2018 2:51 PM |
| **To:** | ████████████████████████ |
| **Cc:** | CRUZ, TERESITA; RIVAS-TORRES, EFRAIN |
| **Subject:** | FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |

Good morning Mr. Santiago-Pereles, Esq:

I hope this email finds you well.

Reference is being made to an extension request received at this office on January 22, 2018, on behalf of your client Ms. Marlin M. Rodriguez David.

We understand the electrical and postal situation that has happened in the island as a consequence of Hurricane Maria's impact. With this being said, we want to let you know that even though this request was not received timely, an exception is being made. We will grant your extension request until February 20, 2018. However, before I can release any information or take any further action and work hand in hand with you to solve this case, a power of attorney signed by your client and indicating you are her representation is need.

If you require any further assistance feel free to contact me.

May you have a great day!

*Thank you,*
*Patricia J. Hernández*
*U.S Customs and Border Protection*
*Paralegal Specialist*
*Fines, Penalties and Forfeitures Office*
*Tel:* ████████████
*Fax:* ████████████
*Email:* ████████████████████████

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.

## DEPARTMENT OF HOMELAND SECURITY
## US CUSTOMS AND BORDER PROTECTION
## PUERTO RICO OFFICE

MARLIN M. RODRIGUEZ DAVID     *       CASE NO.: 2018490930000201
      **PETITIONER**                 *
                                    *       NOTICE OF PENALTY
                                    *

**********************************************************************

## MOTION FOR EXTENSION OF TIME

## TO THE HONORABLE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION:

**COMES NOW**, the petitioner, through the undersigned legal representation, and very respectfully Requests and Prays:

1- On November 21, 2017, the petitioner received from the US Customs and Border Protection a notification informing the petitioner of her right to object the penalties.

2- The undersigned counsel was retained to prepare the above mentioned objection and to represent the petitioner in the case herein.

3- Due to the lack of internet and electric service in our office and to diligently prepare the required objection the undersigned needs more time to collect the evidence which will support our petition.

4- For the reasons stated before the undersigned counsel needs an extension of thirty (30) days, or until February 20, 2018, to analyze the US Customs and Border Protection's legal contentions, and to discover and collect the evidence in support, to properly prepare the petitioner's objection.

CBP - FPF OFFICE

JAN 22 2018

S INITIAL:

**WHEREFORE** it is respectfully requested to the US Customs and Border Protection to GRANT this Motion with such other and further relief that the Agency may deem just and proper.

**RESPECTFULLY SUBMITTED,**

In Ponce, Puerto Rico, for Guaynabo, Puerto Rico, this 16ᵗʰ day of January, 2018.

JOSE RAFAEL SANTIAGO PERELES-Esq.
USDC No. 215708
ATTORNEY FOR PETITIONER
SANTIAGO-PERELES, RINALDI & COLLAZO, P.S.C.
Urb. Vista Alegre
1705 Paseo Las Colonias
Ponce, P.R. 00717-2234

FF         FICE
JAN 2 2 2018
INITIAL

Marlin M. Rodríguez David

February 7, 2018.

Patricia I. Hernández
Fines, Penalties and Forfeitures Officer
U.S. Customs and Border Protection
48 Road 165 Km 1.2
Guaynabo, P. R. 00968-8000

Re: Case Number 2018490930000201

Dear Mrs. Hernández:

I appoint José R. Santiago Pereles as attorney to represent me before U.S.
Customs and Border Protection and its functionaries. Attorney José R.
Santiago Pereles is authorized to receive and inspect all the documents and
information, to perform any and all acts regarding my case, including the
authority to present my allegations and sign all documents, motions, and
petitions on my behalf. Also, he is authorized to sign any agreement, consent
or document; make appearances before your agency; to attend to every
administrative or judicial hearing; to accept or agree according with the law
and regulations any matter related with the case herein, and to accept or
negotiate on my behalf any resolution or administrative decision, or to make
the decisions that in his judgment are correct.

Cordially,

Marlin M. Rodríguez David

**Exhibit K:**

## HERNANDEZ, PATRICIA I

| | |
|---|---|
| **From:** | HERNANDEZ, PATRICIA I |
| **Sent:** | Wednesday, February 21, 2018 11:02 AM |
| **To:** | 'jose santiago' |
| **Subject:** | RE: FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |

Good morning Mr. Santiago

Please be advised that this extension request has been approved until March 2, 2018.

Have a great day.

*Thank you,*
*Patricia I. Hernández*
*U.S Customs and Border Protection*
*Paralegal Specialist*
*Fines, Penalties and Forfeitures Office*

~~[redacted]~~
~~[redacted]~~
*Email:* ~~[redacted]~~

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.

**From:** jose santiago [~~[redacted]~~]
**Sent:** Tuesday, February 20, 2018 3:33 PM
**To:** HERNANDEZ, PATRICIA I ~~[redacted]~~
**Subject:** Re: FP&F Case 2018490930000201 (Marlin M. Rodriguez David)

2/20/18

Dear Mrs. Hernandez:

Attached please find a motion requesting additional time to file the petitioners objection. I am having the flu and I am resting at my home.

Santiago-Pereles, Esq.

On Thursday, February 01, 2018 02:51:38 PM, HERNANDEZ, PATRICIA I ~~[redacted]~~ wrote:

Good morning Mr. Santiago-Pereles, Esq:

I hope this email finds you well.

1

## HERNANDEZ, PATRICIA I

| | |
|---|---|
| **From:** | jose santiago ~~████████████████~~ |
| **Sent:** | Tuesday, February 20, 2018 3:33 PM |
| **To:** | HERNANDEZ, PATRICIA I |
| **Subject:** | Re: FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |
| **Attachments:** | Second Motion for Extension of Time- Marlene Rodriguez David.pdf; Marlin attorney appointment.pdf |

```
CBP - FPF OFFICE

FEB 2 1 2018

PLS INITIAL:
```

2/20/18

Dear Mrs. Hernandez:

Attached please find a motion requesting additional time to file the petitioners objection. I am having the flu and I am resting at my home.

Santiago-Pereles, Esq.

On Thursday, February 01, 2018 02:51:38 PM, HERNANDEZ, PATRICIA I ~~████████████████~~wrote:

Good morning Mr. Santiago-Pereles, Esq:

I hope this email finds you well.

Reference is being made to an extension request received at this office on January 22, 2018, on behalf of your client Ms. Marlin M. Rodriguez David.

We understand the electrical and postal situation that has happened in the island as a consequence of Hurricane Maria's impact. With this being said, we want to let you know that even though this request was not received timely, an exception is being made. We will grant your extension request until February 20, 2018. However, before I can release any information or take any further action and work hand in hand with you to solve this case, a power of attorney signed by your client and indicating you are her representation is need.

If you require any further assistance feel free to contact me.

May you have a great day!

1

## DEPARTMENT OF HOMELAND SECURITY
## US CUSTOMS AND BORDER PROTECTION
## PUERTO RICO OFFICE

MARLIN M. RODRIGUEZ DAVID   *     CASE NO.: 2018490930000201
      **PETITIONER**           *
                               *     NOTICE OF PENALTY
                               *

*********************************************************************

### SECOND MOTION FOR EXTENSION OF TIME

**TO THE HONORABLE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION:**

**COMES NOW**, the petitioner, through the undersigned legal representation, and very respectfully Requests and Prays:

1- On February 1, 2018, the US Customs and Border Protection granted an extension of time until February 20, 2018 to file the petitioner's objection.

2- The undersigned attorney is having health problems (flu related) and need an extension of ten (8) days to file the petitioner's objection.

3- Attached please find Petitioner's Attorney Appointment.

**WHEREFORE** it is respectfully requested to the US Customs and Border Protection to GRANT this Motion with such other and further relief that the Agency may deem just and proper.

**RESPECTFULLY SUBMITTED,**

In Ponce, Puerto Rico, for Guaynabo, Puerto Rico, this 20th day of February, 2018.

S\José R. Santiago Pereles
JOSE RAFAEL SANTIAGO PERELES-Esq.
USDC No. 215708
ATTORNEY FOR PETITIONER
SANTIAGO-PERELES, RINALDI & COLLAZO, P.S.C.
Urb. Vista Alegre1705, Paseo Las Colonias
Ponce, P.R. 00717-2234

E-MAIL

**Exhibit L:**

**HERNANDEZ, PATRICIA I**

| | |
|---|---|
| **From:** | jose santiago ███████████████████ |
| **Sent:** | Friday, March 02, 2018 4:41 PM |
| **To:** | HERNANDEZ, PATRICIA I |
| **Subject:** | Re: RE: FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |
| **Attachments:** | Petition for relief- Marlene Rodriguez David.pdf |

```
CBP - FPF OFFICE

MAR 05 2018

PLS INITIAL: ████
```

Good Afternoon:

Attached please find the Petition for Relief.

Santiago-Pereles

On Wednesday, February 21, 2018 11:02:25 AM, HERNANDEZ, PATRICIA I ███████████████████████████████████

Good morning Mr. Santiago

Please be advised that this extension request has been approved until March 2, 2018.

Have a great day.

Thank you,
# Patricia I. Hernández
U.S Customs and Border Protection
Paralegal Specialist

Fines, Penalties and Forfeitures Office

Tel:████████████
Fax:████████████
Email:█████████████████████

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.

**From:** jose santiago [m███████████████████████
**Sent:** Tuesday, February 20, 2018 3:33 PM
**To:** HERNANDEZ, PATRICIA I <p█████████████████████████
**Subject:** Re: FP&F Case 2018490930000201 (Marlin M. Rodriguez David)

## DEPARTMENT OF HOMELAND SECURITY
## US CUSTOMS AND BORDER PROTECTION
## PUERTO RICO OFFICE

MARLIN M. RODRIGUEZ DAVID   *     CASE NO.: 2018490930000201
       **PETITIONER**        *
                             *     NOTICE OF PENALTY
                             *

*************************************************************************

### PETITION FOR RELIEF

## TO THE HONORABLE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION:

**COMES NOW,** the claimant, through the undersigned legal representation, and very respectfully Alleges, Requests and Prays:

1- On October 10, 2017, the U.S. Customs and Border Protection (CBP) sent a personal notice of penalty or liquidated damages incurred and demand for payment.

2- In said letter the CBP notified that on September 27, 2016 the U.S. Customs and Border Protection seized counterfeit merchandise.

3- U.S. Customs and Border Protection stated in said letter that on March 24, 2017 Forfeiture proceedings were initiated and the property was declared forfeited. CBP assessed a penalty of $93,849.97.

4- Through this petition the appearing party requests the relief of the assessed penalty.

5- In compliance with the applicable Federal Laws and Regulations the appearing party states the following:

a) The petitioner is a blue collar married woman with two (2) children.

b) Last year family income was $11,154.00.

c) The petitioner did not receive any notification regarding the Forfeiture proceedings and was unaware that CBP seized a counterfeited merchandise allegedly belonging to her.

d) Even if the petitioner was properly notified, which is denied, the petitioner did not buy the seized merchandise and/or claimed it when arrived to Puerto Rico because she does not has a personal interest on it and was not her property.

e) Apparently another person used petitioner's name and address to order the counterfeited merchandise.

f) The petitioner is not involved in any type of criminal activity, she is a law abiding, working individual with a clean criminal record. She, as can be concluded, is a third party innocent, totally unaware of the acts of a malicious person.

**WHEREFORE** it is respectfully requested to the US Customs and Border Protection to Relief the petitioner of the assessed penalty with such other and further relief that the Agency may deem just and proper.

**RESPECTFULLY SUBMITTED,**

In Ponce, Puerto Rico, for Guaynabo, Puerto Rico, this 2nd day of March, 2018.

<div style="text-align:center">

S\José R. Santiago Pereles
JOSE RAFAEL SANTIAGO PERELES-Esq.
USDC No. 215708
ATTORNEY FOR PETITIONER
SANTIAGO-PERELES, RINALDI & COLLAZO, P.S.C.
Urb. Vista Alegre
1705 Paseo Las Colonias
Ponce, P.R. 00717-2234
E-MAIL ▓▓▓▓▓▓▓▓▓▓▓▓

</div>

**Exhibit M:**

City View Plz II, 48 Carr 165 OFC 3000
Guaynabo, PR 00968-8046



**U.S. Customs and
Border Protection**

APR 1 2 2018

ENF 4 FO:SJ:AP:FPF PH

7015 0640 0002 5957 3617

Certified Mail

Jose R. Santiago Pereles, Esq.
Santiago-Pereles, Rinaldi & Collazo, P.S.C.
Urb. Vista Alegre
·1705 Paseo Las Colinas
Ponce, PR 00717-2234

Re: Cases 2018-4909-300002-01

Dear Mr. Santiago Pereles:

This is in response to your petition letter dated March 2, 2018 and received in the office on
March 5, 2018, in which you are requesting relief on behalf of your client Marlin M. Rodriguez
David, from an assessed penalty in the amount of $93,849.97, issued by U.S. Customs and
Border Protection (CBP) on October 27, 2017. The penalty was issued under provisions of Title
19 U.S.C. §1526(f), for violation of Title 19 U.S.C. §1526(e) which prohibits the importation of
merchandise bearing a counterfeit trademark that is both registered with the Patent and
Trademark Office and recorded with CBP.

We have reviewed your petition and the circumstances of your case, and have determined that
the violation did occur. In your petition, you claimed that you client was not properly notified
and that another person used your clients name and address to order the merchandise seized.
However, our records indicate that all notification was dully received and that your client has
knowledge of the intended merchandise purpose. Therefore, bases on your allegations, and in
light of the case's mitigating circumstances, we have decided to grant relief. The case has been ·
mitigated to $37,539.99, as established in our mitigation guidelines.

This decision comports with CBP guidelines for this violation. Please be advised that as per
Title 19, Code of federal Regulations, Sections 171.61 and 19 CFR 171.62 (a),  the
administrative mitigation process on this case has been exhausted.

You have thirty (30) days from the date of this letter to file a supplemental petition, a request for
a promissory note or submit payment of the mitigated amount. Payment must be made by check
or money order, payable to U.S. Customs and Border Protection. Failure to take action will
initiate the billing cycle, and will entail the commencement of legal proceedings to ensure
collection of the amount owed.

All correspondence should be addressed to U.S. Customs and Border Protection, Attn: FP&F Office, City View Plaza II, 48 Carr. 165 OFC 3000, Guaynabo, PR 00968-8046. If further information is required, contact Patricia Hernandez, Paralegal Specialist, at ~~~~~~~~~~~~~ All inquiries should reference the case number.

Sincerely,

Efrain Rivas
Fines, Penalties, and Forfeitures Officer

**Exhibit N:**

## HERNANDEZ, PATRICIA I

| | |
|---|---|
| **From:** | HERNANDEZ, PATRICIA I |
| **Sent:** | Tuesday, May 15, 2018 7:58 AM |
| **To:** | 'jose santiago' |
| **Subject:** | RE: RE: FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |

Good morning Mr. Santiago

Hope this email finds you well.

Be advised that extension of time requested is approved until 6/8/18.

If possible give me a call during the day to touch on some basis.

*Thank you,*
*Patricia I. Hernández*
*U.S Customs and Border Protection*
*Paralegal Specialist*
*Fines, Penalties and Forfeitures Office*
~~████████████████~~
*Fax:* ~~███████████~~
*Email:* ~~██████████████████~~

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other than the intended recipient.

**From:** jose santiago <~~████████████████~~
**Sent:** Monday, May 14, 2018 5:50 PM
**To:** HERNANDEZ, PATRICIA I <~~████████████████████████████~~
**Subject:** Re: RE: FP&F Case 2018490930000201 (Marlin M. Rodriguez David)

Good afternoon Mrs. Hernandez.

Attached please find motion for extension of time to file supplemental motion. Confirm receipt.

Santiago-Pereles

On Wednesday, February 21, 2018 11:02:25 AM -04, HERNANDEZ, PATRICIA ~~████████████████████~~
wrote:

Good morning Mr. Santiago

Please be advised that this extension request has been approved until March 2, 2018.

1

**HERNANDEZ, PATRICIA I**

| | |
|---|---|
| **From:** | jose santiago |
| **Sent:** | Monday, May 14, 2018 5:50 PM |
| **To:** | HERNANDEZ, PATRICIA I; jose santiago |
| **Subject:** | Re: RE: FP&F Case 2018490930000201 (Marlin M. Rodriguez David) |
| **Attachments:** | Motion for Extension of Time supplemental motion- Marlene Rodriguez David.pdf |

Good afternoon Mrs. Hernandez.

Attached please find motion for extension of time to file supplemental motion. Confirm receipt.

Santiago-Pereles

On Wednesday, February 21, 2018 11:02:25 AM -04, HERNANDEZ, PATRICIA I
wrote:

Good morning Mr. Santiago

Please be advised that this extension request has been approved until March 2, 2018.

Have a great day.

Thank you,

# Patricia I. Hernández
**U.S Customs and Border Protection**
**Paralegal Specialist**

Fines, Penalties and Forfeitures Office

Tel:
Fax:
Email:

This document and any attachment(s) may contain restricted, sensitive, and/or law enforcement-sensitive information
belonging to the U.S. Government. It is not for release, review, retransmission, dissemination, or use by anyone other
than the intended recipient.

**From:** jose santiago [mailto:
**Sent:** Tuesday, February 20, 2018 3:33 PM

**DEPARTMENT OF HOMELAND SECURITY**
**US CUSTOMS AND BORDER PROTECTION**
**PUERTO RICO OFFICE**

MARLIN M. RODRIGUEZ DAVID   *     CASE NO.: 2018490930000201
     **PETITIONER**         *
                                     *      NOTICE OF PENALTY
                                     *

**********************************************************************

**MOTION FOR EXTENSION OF TIME**

**TO THE HONORABLE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION:**

    **COMES NOW**, the petitioner, through the undersigned legal representation, and very respectfully Requests and Prays:

    1- On April 13, 2018, the petitioner received from the US Customs and Border Protection a notification informing their determination to the petitioner's objection of penalties.

    2- On said notification US CBP notified the undersigned of the petitioner's right to file a supplemental petition, a promissory note or submit payment of the mitigated amount.

    3- Due to professional obligations and health problems the subscribing attorney was unable to discuss said notification with the petitioner.

    4- For the reasons stated before the undersigned counsel needs an extension of fifteen (15) days, or until May 29, 2018 to notify petitioner's position.

    **WHEREFORE** it is respectfully requested to the US Customs and Border Protection to GRANT this Motion with such other and further relief that the Agency may

deem just and proper.

**RESPECTFULLY SUBMITTED,**

In Ponce, Puerto Rico, for Guaynabo, Puerto Rico, this 14th day of May, 2018.

S\José R. Santiago Pereles
JOSE RAFAEL SANTIAGO PERELES-Esq.
USDC No. 215708
ATTORNEY FOR PETITIONER
SANTIAGO-PERELES, RINALDI & COLLAZO, P.S.C.
Urb. Vista Alegre
1705 Paseo Las Colonias
Ponce, P.R. 00717-2234
E-MAIL:



USPS TRACKING#

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

*Sender: Please print your name, address, and ZIP+4® in this box*

**US Customs and Border Protection**
Attn: FP & F Office
#48 Carr 165 STE 3000
City View Plaza II
Guaynabo PR 00968-8071

United States
Postal Service

**Exhibit O:**

## U.S. Customs and Border Protection

US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER 1
GUAYNABO PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP).

2  1 SP 0.470 P1 T1
BILL TO:  RODRIGUEZ DAVID, MARLIN M
3308 CALLE LA CAPITANA
PONCE PR 00728 US

ᵈᵗᵈᵘᵍᵗᵗᵗᵗᵢᵗᵗⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼⱼ

| | |
|---|---|
| Importer Number: | |
| Bill Number: | FP00000722 |
| Bill Date: | 07/07/2018 |
| Port of Service/Charge: | 4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915.

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/27/2017 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

FINAL DEMAND - DELINQUENT ACCOUNT. CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND.

VIOLATOR: RODRIGUEZ DAVID, MARLIN M

VIOLATION DATE: 09-27-2016

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 93849.97**

---

PAYER'S COPY                                    CBP FORM 6084SC (03/12)

---

Enclose this portion with remittance

Bill Date:    07/07/2018
Bill To:      RODRIGUEZ DAVID, MARLIN M
              3308 CALLE LA CAPITANA
              PONCE PR 00728 US

Bill Number:              FP00000722
Transaction Identification:  2018490930000201
THIRD NOTICE ISSUED
Amount Due:               93849.97
Amount Enclosed:          _____

US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER 1
GUAYNABO PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE              CBP FORM 6084SC (03/12)

**Exhibit P:**

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071



**U.S. Customs and
Border Protection**

PR-2018-00463 DME

September 6, 2018

Jose R. Santiago Pereles, Esq.
Santiago-Pereles, Rinaldi & Collazo, P.S.C.
Urb. Vista Alegre
1705 Paseo Las Colinas
Ponce, PR 00717-2234

Re:   Notice of Penalty Incurred and Demand for Payment in the Amount of
      $93,849.97 (FP&F Case No. 2018-4909-300002-01)

Dear Mr. Santiago,

On October 27, 2017, U.S. Customs and Border Protection (CBP) sent your client,
Marlin M. Rodriguez David (Rodriguez), Customs Form 5955A, "Notice of Penalty or
Liquidated Damages Incurred and Demand for Payment," in the amount of $93,849.97,
indicating that a penalty had been assessed against her pursuant to 19 U.S.C. § 1526(f)
for a trademark violation as she imported counterfeit merchandise for commercial
purposes.  In addition to the penalty notice, three additional bills were sent to her on
December 30, 2017, January 13, 2018, and January 27, 2018. On March 5, 2018, CBP
received a petition in which you requested relief from the assessed penalty on behalf of
Rodriguez. On April 12, 2018, CBP informed you via letter that the case had been
mitigated to $37,539.99, as established in the mitigation guidelines, and that payment
was due within thirty (30) days of the letter.  CBP did not receive payment on the
mitigated amount and on July 7, 2018 and additional bill was sent to Rodriguez.

According to CBP records, on September 27, 2016, CBP seized approximately three
hundred and seventy three pieces of jewelry for trademark infringement in violation of
19 U.S.C. §1526(e), because the articles seized bore unauthorized use of an American
trademark recorded with CBP. On March 24, 2017, CBP administratively forfeited the
counterfeit merchandise.  Subsequently, on October 27, 2017, the above-described
penalty was assessed against your client, Rodriguez.  To date, CBP has not received
payment from Rodriguez in response to the penalty notice or bills.

Within 30 days of your receipt of this letter, please contact the attorney listed below to
discuss the status of this case.  Your client has the option to make full payment of the

penalty; however, she may also make a supplemental petition if certain requirements are met. The attorney can discuss these requirements with you when you contact her.

**If we do not receive a response within 30 days, we will ask that the United States Attorney file a complaint against your client, Rodriguez, in her personal capacity, in U.S. District Court, District of Puerto Rico, for collection of the full amount of the penalty.**

We would appreciate your cooperation to avoid litigation. For your reference, we have enclosed copies of the original penalty notice and a sample of the bills that were sent to Rodriguez.

Should you have any questions regarding this matter, please contact Diana M. Espinosa Núñez, of this office, at 787-729-7472 ext. 3. All correspondence with regard to this matter should be sent to Ms. Espinosa as well. **We strongly encourage you to either have your client submit payment of the penalty in its entirety or contact Ms. Espinosa within 30 days to avoid litigation.**

Sincerely,

Aida Orenstein Cardona
Assistant Chief Counsel

Enclosures



7015 0640 0002 5935 3554

DEPARTMENT OF HOMELAND SECURITY
U.S. CUSTOMS AND BORDER PROTECTION

NOTICE OF PENALTY OR
LIQUIDATED DAMAGES INCURRED
AND DEMAND FOR PAYMENT

19 USC 1618, 19 USC 1623

CASE NUMBER F01
2018490310000201

PORT CODE AND NAME
4909 SAN JUAN, PR

INVESTIGATION FILE NO.

MARLIN M RODRIGUEZ DAVID
3308 CALLE LA CAPITANA
PONCE PR 00728

DEMAND IS HEREBY MADE FOR PAYMENT OF $93,849.97, REPRESENTING PENALTIES ASSESSED AGAINST YOU FOR VIOLATION OF LAW OR REGULATION, OR BREACH OF BOND, AS SET FORTH BELOW:
ON SEPTEMBER 27, 2016 U.S CUSTOMS AND BORDER PROTECTION (CBP) SEIZED COUNTERFEIT MERCHANDISE. THE PROPERTY WAS SEIZED UNDER 2016-4913-101489-01. A NOTICE OF SEIZURE WAS SENT TO ALL INTERESTED PARTIES ON NOVEMBER 23, 2016. FORFEITURE PROCEEDINGS WERE INITIATED AND THE PROPERTY WAS DECLARED FORFEITED TO THE GOVERNMENT ON MARCH 24, 2017. A PENALTY IS ASSESSED UNDER 19USC1526(F), WHICH ALLOWS FOR A CIVIL PENALTY AGAINST "ANY PERSON WHO DIRECTS, ASSISTS FINANCIALLY OR OTHERWISE, OR AIDS AN ABETS THE IMPORTATION OF MERCHANDISE FOR SALE OR PUBLIC DISTRIBUTION" THAT BEARS A COUNTERFEIT MARK. THE AMOUNT IS BASED ON THE MSRP VALUE THE MERCHANDISE WOULD HAVE HAD, IF IT WERE GENUINE.
OTHER PENALTY VIOLATION

| LAW OR REGULATION VIOLATED | | BOND BREACHED | |
|---|---|---|---|
| OTHERPEN<br>19USC1526(F) | | BOND TYPE:<br>BONDS: | |
| DESCRIPTION OF BOND: | FORM NUMBER: | AMOUNT: | DATE: |

NAME AND ADDRESS OF PRINCIPAL ON BOND

NAME AND ADDRESS OF SURETY ON BOND | SURETY NO.

IF YOU FEEL THERE ARE EXTENUATING CIRCUMSTANCES, YOU HAVE THE RIGHT TO OBJECT TO THE ABOVE ACTION. YOUR PETITION SHOULD EXPLAIN WHY YOU SHOULD NOT BE PENALIZED FOR THE CITED VIOLATION. WRITE THE PETITION AS A LETTER OR IN LEGAL FORM; SUBMIT IN (DUPLICATE) ADDRESSED TO THE COMMISSIONER OF CUSTOMS AND BORDER PROTECTION, AND FORWARD TO THE FP&F OFFICER AT: US CBP / FP&F OFFICE, #48 CARR 165 STE 30200, GUAYNABO, PR 00968

UNLESS THE AMOUNT HEREIN DEMANDED IS PAID OR A PETITION FOR RELIEF IS FILED WITH THE FP&F OFFICER WITHIN THE INDICATED TIME LIMIT, FURTHER ACTION WILL BE TAKEN IN CONNECTION WITH BOND OR MATTER WILL BE REFERRED TO US ATTORNEY.

TIME LIMIT FOR PAYMENT OR FILING PETITION: 60 DAYS FROM DATE OF THIS NOTICE.

| SIGNATURE: | TITLE | DATE |
|---|---|---|
| for [signature] IVELISSE MALDONADO | FP&F OFFICER | 10/27/2017 |
| BY | | |

"The Small Business and Regulatory Enforcement Ombudsman and 10 Regional Fairness Boards were established to receive comments from small business about federal agency enforcement activities and rate each agency's responsiveness to small business. If you wish to comment on the enforcement actions of U.S. Customs and Border Protection, call 1-888-REG-FAIR (888-734-3247).

"Please note: The National Ombudsman/RegFair Board process has no effect on your rights or obligations under the procedures of the agency on which you are commenting. You must still comply with all of that agency's processes and procedures."

# U.S. Customs and
# Border Protection

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO   PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP)

| | |
|---|---|
| I I SP 0.360 PI TI *** | Importer Number |
| BILL TO:  RODRIGUEZ DAVID, MARLIN | |
| 3308 CALLE LA CAPITANA | Bill Number    FP80310356 |
| PONCE PR 00728 | Bill Date.    12/30/2017 |
| | Port of Service/Charge    4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

APPROPRIATE ACTION WAS NOT TAKEN ON THE ASSESSED CLAIM
THE CLAIM IS DUE AND PAYABLE WITHIN TEN (10) DAYS FROM
THE DATE OF THIS DEMAND

CBP - FPF OFFICE
JAN 10 2018
PLS INITIAL:

VIOLATOR  RODRIGUEZ DAVID, MARLIN
VIOLATION(S): OTHERPEN     19USC1526(F)
VIOLATION DATE: 09-27-2016

FIRST NOTICE

**Pay Full Amount Due upon Receipt: 93849.97**

---

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:   12/30/2017
Bill To:     RODRIGUEZ DAVID, MARLIN
             3308 CALLE LA CAPITANA
             PONCE PR 00728

| | | | |
|---|---|---|---|
| Bill Number: | FP80310356 | | |
| Transaction Identification | 2018490930000201 | US CBP / FP&F OFFICE | |
| FIRST NOTICE | | #48 CARR 165 STE 300008 | |
| Amount Due | 93849.97 | CITY VIEW PLAZA II GUAYNABO   PR 00968 | |
| Amount Enclosed. | | | |

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



**U.S. Customs and Border Protection**
US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO    PR 00968

This Bill is a notice of debt currently owed to U.S Customs and Border Protection (CBP)

| | |
|---|---|
| BILL TO:  F.I SP 0.460 PI TI ···<br>RODRIGUEZ DAVID, MARLIN<br>3308 CALLE LA CAPITANA<br>PONCE PR 00728 | Importer Number |
| | Bill Number        FP80310356 |
| | Bill Date           01/13/2018 |
| | Port of Service/Charge   4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

THIS CLAIM IS DELINQUENT. IF NOT SATISFIED
IMMEDIATELY, SANCTIONS MAY BE PROPOSED AND THE CLAIM
REFERRED FOR LEGAL ACTION

> CBP - FPF OFFICE
>
> JAN 2 2 2018
>
> PLS INITIAL: _____

VIOLATOR: RODRIGUEZ DAVID, MARLIN
VIOLATION(S): OTHERPEN       19USC1526(F)
VIOLATION DATE: 09-27-2016

SECOND NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 93849.97**

PAYER'S COPY                          CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:    01/13/2018
Bill To:      RODRIGUEZ DAVID, MARLIN
              3308 CALLE LA CAPITANA
              PONCE PR 00728

Bill Number:              FP80310356
Transaction Identification:   2018490930000201
SECOND NOTICE ISSUED
Amount Due                93849 97
Amount Enclosed:

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II GUAYNABO    PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE              CBP FORM 6084SC (03/12)





## U.S. Customs and Border Protection

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II
GUAYNABO    PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP)



| | | |
|---|---|---|
| L 1 SP 0.470 P1 T1 *** | Importer Number | |
| BILL TO   RODRIGUEZ DAVID, MARLIN | Bill Number | FP80310356 |
| 3308 CALLE LA CAPITANA | | |
| PONCE PR 00728 | Bill Date | 01/27/2018 |
| Hoollooffoodfollfollfollooffodfollooffollooff | Port of Service/Charge | 4909 |

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 09/27/2016 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

FINAL DEMAND - DELINQUENT ACCOUNT.  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND

VIOLATOR  RODRIGUEZ DAVID, MARLIN
VIOLATION(S)  OTHERPEN     19USC1526(F)
   VIOLATION DATE  09-27-2016

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 93849.97**

---

PAYER'S COPY                              CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date    01/27/2018
Bill To.     RODRIGUEZ DAVID, MARLIN
             3308 CALLE LA CAPITANA
             PONCE PR 00728

Bill Number:                    FP80310356
Transaction Identification:     2018490930000201
THIRD NOTICE ISSUED
Amount Due                      93849 97
Amount Enclosed:

US CBP / FP&F OFFICE
#48 CARR 165 STE 300008
CITY VIEW PLAZA II GUAYNABO     PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)



## U.S. Customs and
## Border Protection
US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER
1
GUAYNABO PR 00968

This Bill is a notice of debt currently owed to U.S. Customs and Border Protection (CBP)

BILL TO   2 1 SP 0 470 P1 T1
RODRIGUEZ DAVID, MARLIN M
3308 CALLE LA CAPITANA
PONCE PR 00728 US

| | |
|---|---|
| Importer Number | |
| Bill Number: | FP00000722 |
| Bill Date | 07/07/2018 |
| Port of Service/Charge. | 4909 |

ḍḥmḷḷḷḷḷḷḷḷḷḷḷḷḷḷ

For Bill Inquiries Please Contact the CBP Port Office at (787) 729-6915

| Transaction Date | Reference Name | Transaction Identification | Type of Charge | Amount |
|---|---|---|---|---|
| 10/27/2017 | FPF CASE | 2018490930000201 | PENALTY | 93849.97 |

FINAL DEMAND - DELINQUENT ACCOUNT  CLAIM WILL BE
REFERRED FOR SANCTIONS AND LEGAL ACTION TEN (10) DAYS
FROM THE DATE OF THIS DEMAND

VIOLATOR: RODRIGUEZ DAVID, MARLIN M

VIOLATION DATE: 09-27-2016

THIRD NOTICE ISSUED

**Pay Full Amount Due upon Receipt: 93849.97**

PAYER'S COPY                    CBP FORM 6084SC (03/12)

Enclose this portion with remittance

Bill Date:   07/07/2018
Bill To:     RODRIGUEZ DAVID, MARLIN M
             3308 CALLE LA CAPITANA
             PONCE PR 00728 US

Bill Number.               FP00000722
Transaction Identification:   2018490930000201
THIRD NOTICE ISSUED
 Amount Due:         93849.97
Amount Enclosed

US CBP / FP&F OFFICE
STATE ROAD 165 KILOMETER 1
GUAYNABO PR 00968

PLEASE ADVISE OF ANY ADDRESS CHANGE                    CBP FORM 6084SC (03/12)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

José R. Santiago Pérez
Urb. Vista Alegre
1705 Pasco Las Colinas
Urb. Vista Alegre
Ponce, PR 00717-2234

9590 9402 3874 8060 0572 99

2. Article Number (Transfer from service label)

7013 0600 0001 7350 1851

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

9590 9402 3874 8060 0572 54

United States
Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4° in this box•

U.S. CUSTOMS AND
BORDER PROTECTION
ASSISTANT CHIEF COUNSEL
CITY VIEW PLAZA II
48 CARR 165 OFC 3000
GUAYNABO, P.R. 00968-8046

Atn: Diana Esnosa
P2 - 2018 - 004643

48 Carr 165, Ste. 3000
City View Plaza II
Guaynabo, PR 00968-8071

 **U.S. Customs and
Border Protection**

PR-2018-00463 DME

October 17, 2018

Jose R. Santiago Pereles, Esq.
Santiago-Pereles, Rinaldi & Collazo, P.S.C.
Urb. Vista Alegre
1705 Paseo Las Colinas
Ponce, PR 00717-2234

### FINAL NOTICE

Re:     Notice of Penalty Incurred and Demand for Payment in the Amount of $93,849.97
        (FP&F Case No. 2018-4909-300002-01)

Dear Mr. Santiago,

On October 27, 2017, U.S. Customs and Border Protection (CBP) sent your client, Marlin M. Rodriguez David (Rodriguez), Customs Form 5955A, "Notice of Penalty or Liquidated Damages Incurred and Demand for Payment," in the amount of $93,849.97, indicating that a penalty had been assessed against Rodriguez pursuant to 19 U.S.C. § 1526(f) for a trademark violation as she imported counterfeit merchandise for commercial purposes. In addition to the penalty notice, three additional bills were sent to your client on December 30, 2017, January 13, 2018, and January 27, 2018.

On September 6, 2018, we sent to you a demand letter, which was received on September 12, 2018. However, we have not received any response. We request that you contact me to discuss the status of this case.

Please be advised that if we do not hear from you within 30 days of your receipt of this letter we will ask that the United States Attorney file a complaint against your client in the U.S. District Court, District of Puerto Rico, for collection of the full amount of the penalty.

Should you have any questions regarding this matter, please contact Attorney Diana M. Espinosa-Núñez, of this office, at 787-729-7472 ext. 3. All correspondence with regard to this matter should be sent to Attorney Espinosa-Núñez as well.

Sincerely,

Aida Orenstein Cardona
Assistant Chief Counsel



USPS TRACKING #

9590 9402 4000 8079 6134 48

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. CUSTOMS AND
BORDER PROTECTION
ASSISTANT CHIEF COUNSEL
CITY VIEW PLAZA II
48 CARR 165 OFC 3000
GUAYNABO, P.R. 00968-8046

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

## SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

JOSe Santiago Perales
Urb. Vista Alegre
1757 Pasco Las Colinas
Ponce, PR 00717-2234

9590 9402 4000 8079 6134 48

2. Article Number (Transfer from service label)

7015 0640 0002 5932 4301

PS Form 3811, July 2015 PSN 7530-02-000-9053

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X _____  ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery
   (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt



USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3874 8060 0572 99

United States
Postal Service

CITY VIEW PLAZA
MAILROOM
RECEIVED

2018 SEP 17 A 8:29

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. CUSTOMS AND
BORDER PROTECTION
ASSISTANT CHIEF COUNSEL
CITY VIEW PLAZA II
48 CARR 165 OFC 3000
GUAYNABO, P.R. 00968-8040

Attn: Diana Garcia

PE-2018-001463

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jose R. Santiago Perez
urba. Vista Alegre
1705 Paseo las Colinas
Urb. Vista Alegre
Ponce, PR 00717-2234

9590 9402 3874 8060 0572 99

2. Article Number (Transfer from service label)

7015 0640 0002 0006 1551

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X Margarita                 □ Agent
                            □ Addressee

B. Received by (Printed Name)   C. Date of Delivery

Margarita Rivera        Oct-12-18

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type

□ Adult Signature
□ Adult Signature Restricted Delivery
☒ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt